Heriberto ORTIZ, Relator,

v.

ATLAS TEMPORARIES, INC., and Minnesota Assigned Risk Plan, Administered by Wausau Insurance Companies, Respondents.

No. C0–98–647.

Supreme Court of Minnesota.

July 17, 1998.

Heriberto Ortiz, Pro Se, St. Paul.

Autumn L. Anderson, St. Paul, for Respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 11, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ Paul H. Anderson
Paul H. Anderson
Associate Justice

Dennis MEYER, Relator,

v.

OLD DUTCH FOODS, and Zurich–American Insurance Company, Respondent.

No. C0–98–485.

Supreme Court of Minnesota.

July 22, 1998.

Edward F. Rooney, Minneapolis, for Relator.

Cousineau, McGuire & Anderson, Chartered, Michael J. Patera, Minneapolis, Office of the Attorney General, Special Compensation Fund, Public/Human Resources Section, St. Paul, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 17, 1998, be, and the same is, affirmed without opinion. See Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ Edward C. Stringer
Edward C. Stringer
Associate Justice

GILBERT, J., took no part in the consideration or decision of this case.